EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI # 1528
First Assistant U.S. Attorney

RONALD G. JOHNSON # 4532
EDRIC M. CHING # 6697
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2003

at 2 o'clock and 50 min P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00043 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. §751] |
| DARREN KAMINAKA, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

[18 U.S.C. §751]

The Grand Jury charges:

On or about November 7, 2002, in the District of Hawaii, the defendant, Darren Kaminaka, did knowingly escape from custody in Miller Hale, an institutional facility in which he was lawfully confined at the direction of the Attorney General by

virtue of a judgment and commitment of the United States District Court for the District of Hawaii.

All in violation of Title 18, United States Code, Section 751.

DATED: January 30, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
EDRIC M. CHING
Assistant U.S. Attorney