AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00043-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | DARREN TADASHI KAMINAKA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  18 MONTHS .

This term consists of EIGHTEEN(18) MONTHS as to CR 03-00043DAE, to be served concurrently with sentence imposed in CR 01-00019DAE, and to be served consecutively with sentence imposed in CR 04-00019DAE

[✔]  The court makes the following recommendations to the Bureau of Prisons:
1) FDC Honolulu.  2) Lompoc, CA.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at  1  o'clock and  35  min.  P  M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on  3-21-06  to  USP Atwater

at  Atwater CA  , with a certified copy of this judgment.

                                                  D. Smith Warden
                                                  UNITED STATES MARSHAL

By  Clawson LIE
                                                  Deputy U.S. Marshal

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation   **ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2005

at \_\_\_\_ o'clock and \_\_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DARREN TADASHI KAMINAKA** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number:   **1:03CR00043-001** |
| | USM Number:   87994-022 |
| | **DAVID KLEIN, ESQ.** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of condition(s) <u>18 U.S.C. §2113(a); General Condition; and Special Condition Nos. 1 and 4</u> of the term of supervision.

[ ]   was found in violation of condition(s) \_\_\_\_\_ after denial or guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) \_\_\_\_\_ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **3437**

Defendant's Residence Address:
**Honolulu, HI**

Defendant's Mailing Address:
**Honolulu, HI**

NOVEMBER 10, 2005
Date of Imposition of Sentence

_/s/ signature_
Signature of Judicial Officer

**DAVID ALAN EZRA**, ~~Chief~~ United States District Judge
Name & Title of Judicial Officer

Dec. 2, 2005
Date

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
  Deputy

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:03CR00043-001 | |
| DEFENDANT: | DARREN TADASHI KAMINAKA | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Conduct constituting Bank Robbery | 10/9/2003, 10/10/2003, and 10/11/2003 |
| 2 | Positive Drug Test | 10/8/2003 |
| 3 | Failure to participate in substance abuse and mental health treatment | 10/10/2003 |